UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARAFALDIN AHMED,

                Plaintiff,

        -v-

UNITED PARCEL SERVICE INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025

**ORDER**

25-CV-8801 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 24, 2025, Counsel for Defendant emailed the undersigned's chambers noting that Defendant filed a motion to dismiss (the "Motion") on October 30, 2025, and requesting an adjournment of the December 5, 2025 Rule 16 Conference. For future reference, communications from the Parties should be filed on the docket unless stated otherwise in the undersigned's individual rules.

Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's response to the Motion was due on November 13, 2025. To date, no response has been filed. Therefore, the Court grants a *sua sponte* extension for Plaintiff to respond to the Motion by **December 5, 2025.** Plaintiff is warned that if he fails to respond, the Motion will be decided based on Defendant's papers.

Additionally, the conference previously scheduled for December 5, 2025 is cancelled in light of the serious questions raised as to whether Plaintiff has a viable

claim, and Plaintiff's failure to respond to the Motion. The Court wishes to see Plaintiff's response before scheduling discovery.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 25, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge