UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARAFALDIN AHMED,

               Plaintiff,

      v.

UNITED POSTAL SERVICE, INC.,

               Defendant.

25 Civ. 8801 (DEH) (HJR)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Sharafaldin Ahmed, proceeding pro se, brings claims against his former employer, United Parcel Service, Inc. ("UPS"). On October 30, 2025, UPS moved to dismiss. *See* ECF No. 9. The motion was unopposed, and on April 3, 2026, Magistrate Judge Ricardo issued a Report and Recommendation (the "Report"), recommending that the motion be granted. *See* ECF No. 21. The deadline to file objections to the Report was April 17, 2026. As of the date of this Order, more than two months later, Mr Ahmed has not filed any objections, nor has he sought an extension.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, Mr. Ahmed's claims are barred by *res judicata*. *See* Report at 5-8. Accordingly, UPS's Motion to dismiss, ECF No. 9, is **GRANTED**. This is case is **DISMISSED WITH PREJUDICE**.

Defendant UPS is directed to serve Plaintiff with copies of this Order and the Report, and to file proof of service on the docket within three (3) business days of the date of this Order.

The Clerk of Court is respectfully directed to terminate ECF No. 9, and to close this case.

SO ORDERED.

Dated: June 29, 2026
       New York, New York

_____
              DALE E. HO
       United States District Judge