**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

SHARAFALDIN AHMED,

                              Plaintiff,                    25 **CIVIL** 8801 (DEH)(HJR)

        -against-                                           **JUDGMENT**

UNITED POSTAL SERVICE, INC,

                              Defendant.
-----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 29, 2026, the Court adopts the Report & Recommendation

in its entirety; UPS's Motion to dismiss, ECF No. 9, is GRANTED. This is case is DISMISSED

WITH PREJUDICE, accordingly, the case is closed.

**Dated:** New York, New York
        June 30, 2026


                                              **TAMMI M. HELLWIG**
                                              _____
                                              **Clerk of Court**


                                   BY:
                                              _____
                                              **Deputy Clerk**